UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 21-2504

Tyrone Franklin Ward,

       Plaintiff,

v.                                                    **ORDER**

Minnesota Department of Human
Services et al.,

       Defendants.


This matter is before the court upon the report and recommendation by United States Magistrate Judge Tony N. Leung dated January 5, 2022 (R&R). Plaintiff did not file objections to the R&R despite being given ample additional time in which to do so. Accordingly, based on the file, record, and proceedings herein, **IT IS HEREBY ORDERED that**:

1. The R&R [ECF No. 8] is adopted in its entirety;

2. This matter is dismissed without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B); and

3. The application to proceed in forma pauperis [ECF No. 2] is denied.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: February 14, 2022

                                              s/David S. Doty
                                              David S. Doty, Judge
                                              United States District Court